## MILLER v. HAINES, DIRECTOR, DEPARTMENT OF MENTAL HYGIENE AND CORRECTION OF OHIO, ET AL.

No. 840.   Decided January 15, 1968.

*Freeman T. Eagleson, Jr.,* for appellant.

*William B. Saxbe,* Attorney General of Ohio, *Winifred A. Dunton,* Assistant Attorney General, and *Charles S. Lopeman* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.